Tracey Renee **THOMAS–WALKER**,
Appellant,

v.

**GEMALA TRAILER CORPORATION**,
Sued as Gemalia Trailer Corporation,
Appellees.

No. 00–3550.

United States Court of Appeals,
Eighth Circuit.

Submitted July 5, 2001.

Filed July 10, 2001.

Before BOWMAN, BEAM, and
LOKEN, Circuit Judges.

PER CURIAM.

Tracey Thomas–Walker appeals from
the district court's[1] judgment for defendant after a bench trial in her sexual
harassment lawsuit against her former employer. Having reviewed the district
court's findings of fact for clear error and
its legal conclusions de novo, *see Cooper
Tire & Rubber Co. v. St. Paul Fire &
Marine Ins. Co.*, 48 F.3d 365, 369 (8th
Cir.), *cert. denied*, 516 U.S. 913, 116 S.Ct.
300, 133 L.Ed.2d 205 (1995), we conclude
that the district court properly entered
judgment for defendant. *See Faragher v.
City of Boca Raton*, 524 U.S. 775, 807, 118
S.Ct. 2275, 141 L.Ed.2d 662 (1998).

1. The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas.

Accordingly, we affirm. *See* 8th Cir. R.
47B.